## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHARLES HEAD,            )
                             )
        Plaintiff,        )
                             )
        v.                  )      Case No. 1:20-cv-01163-TSC
                             )
UNITED STATES DEPARTMENT OF     )
JUSTICE, *et al.*,               )
                             )
        Defendants.     )
_____ )

## DEFENDANTS' JOINT STATUS REPORT

Pursuant to the Court's January 3, 2026 Minute Order, Defendants the Internal Revenue Service and the United States Department of Justice[1] respectfully submit the following status report in this Freedom of Information Act ("*FOIA*") action.

### Background

1.      On June 8, 2023, this Court consolidated Plaintiff's three separate FOIA suits with this case serving as the lead case.

### Plaintiff's California case for return of property

2.      On May 2, 2024, Plaintiff filed an action in the District Court for the Central District of California (the "*California case*") which may render this FOIA action moot. *See Charles Head v. United States*, 8:24-cv-946 (C.D. Cal.). The California case is one under Federal Rule of

---

[1] The following Department of Justice components: The Executive Office for United States Attorneys, the Bureau of Prisons, U.S. Marshals Service, Bureau of Alcohol, Tobacco, Firearms and Explosives, and the Federal Bureau of Investigation (collectively, "*DOJ Defendants*").

Criminal Procedure 41(g) seeking the return of his property seized pursuant to search warrants authorized by that court during the government's investigation of Plaintiff.

   a.   Plaintiff previously filed a similar action in the Central District of California seeking the return of his property, but the court denied Plaintiff's request because the relief would potentially conflict with Plaintiff's then-ongoing habeas proceeding in a different judicial district. *See Charles Head v. United States*, 8:19-cv-01271, at ECF 41.

   b.   Plaintiff's letter indicated that his habeas proceeding and criminal appeals have ended.

   c.   The seized property in that action is the same property from within which the Internal Revenue Service is conducting its search in response to Plaintiff's FOIA request.

3.    On May 14, 2024, Defendants jointly moved to stay this case in light of the California case. (ECF 76.)

4.    On May 15, 2024, this Court stayed this case pending further order of the Court.

5.    On February 14, 2025, Plaintiff's request in the California case was granted and that Court ordered Plaintiff and counsel for the government in that case to confer and arrange for the release of the property as soon as possible. *See* California case, at ECF 21.

6.    The above-described order did not include the return of certain electronic data.

7.    On November 25, 2025, Plaintiff appealed the above-described order to the Court of Appeals for the Ninth Circuit. *See Charles Head v. United States*, Case No. 25-7430 (9th Cir.).

*Updates in this case*

8.     On December 18, 2025, the parties conferred via conference call which was productive and may be instrumental in bringing this FOIA matter to a conclusion.

9.     During the conference, Plaintiff indicated that he was basically satisfied with the Defendants' productions in this matter, save for the fact that responsive records had previously been produced to him in paper format, to which Plaintiff no longer has access. Plaintiff requested that the records be sent to him again in digital format. The parties agreed as follows:

> a.   Defendants will re-transmit to Plaintiff, in electronic format, the materials previously produced to Plaintiff in this matter .
>
> b.   Once those materials are received, Plaintiff will dismiss all claims against the DOJ Defendants in this action.
>
> c.   The only outstanding part of Plaintiff's FOIA request to the Internal Revenue Service is the electronic data not returned in the California case. The parties will confer further on the possibility of narrowing the request as to that electronic data.

10.    Defendant IRS has now re-transmitted to Plaintiff, in electronic format, the materials previously produced in this matter. The DOJ Defendants are experiencing a technical issue in transferring the material produced to Plaintiff in paper format to a digital format.  They are working on a solution to that issue and hope to have it resolved shortly.  When the records are received in digital format, Plaintiff will dismiss the action against the DOJ Defendants.

11.    As to his claim against the Internal Revenue Service, by letter dated January 20, 2026, Plaintiff agreed to narrow his request as to the electronic data to a specific document type (grant deeds). The Service will now begin the process of conducting this narrowed search.

12.     The parties agreed that the stay should remain in effect while the parties discuss

the estimated remaining issues as outlined above.

13.     The parties therefore suggest that another status report be filed with the Court in

approximately 60 days, on or before April 20, 2026, to advise the Court of their continued

discussions with Plaintiff, the status of any outstanding items, and further proceedings.

**WHEREFORE**, Defendants respectfully request that this Court continue the stay and

that the parties file a status report by April 20, 2026. A proposed order is submitted herewith.

Date: February 17, 2026                              Respectfully submitted:

                                                    BRETT A. SHUMATE
                                                    Assistant Attorney General

                                                    JOSHUA WU
                                                    Deputy Assistant Attorney General,
                                                    Tax Litigation Branch

                                                    */s/ Robert J. Atras*_____
                                                    ROBERT J. ATRAS
                                                    Trial Attorney, Civil Division
                                                    U.S. Department of Justice
                                                    P.O. Box 227 – Ben Franklin Station
                                                    Washington, D.C.  20044
                                                    Tel: (202) 598-3738
                                                    Email:  robert.j.atras@usdoj.gov
                                                    *Counsel for the Internal Revenue Service*


                                                    JEANINE FERRIS PIRRO
                                                    United States Attorney

                                                    */s/ Thomas W. Duffey*_____
                                                    THOMAS W. DUFFEY
                                                    Assistant United States Attorney
                                                    601 D Street
                                                    Washington, D.C. 20530
                                                    Tel: (202) 252-2510
                                                    Email: thomas.duffey@usdoj.gov
                                                    *Counsel for the United States*

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 17, 2026, I electronically filed the foregoing document

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to

all counsel of record. I further certify that I sent the foregoing document via first-class mail to the

following:


CHARLES HEAD
Inmate No. 45494-112
Federal Correctional Institution - Miami
Inmate Mail/Parcels
P.O. Box 779800
Miami, FL 33177
*Pro Se Plaintiff*



                                        */s/ Thomas Duffey*
                                        Assistant U.S. Attorney
                                        U.S. Department of Justice